# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Johnny Marvin Bagley                    Docket No. 5:04-CR-287-1BR

### Petition for Action on Supervised Release

      COMES NOW Billy W. Boggs, Jr., probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Johnny Marvin Bagley, who, upon an earlier plea of guilty to Felon in Possession of Firearm in violation of 18 U.S.C. § 922(g), was sentenced by the Honorable W. Earl Britt, Senior U.S. District Judge, on June 6, 2005, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

      Johnny Marvin Bagley was released from custody on May 28, 2010, at which time the term of supervised release commenced.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

      The defendant has requested assistance from the probation office in obtaining professional training as a truck driver. The probation office supports the addition of a special condition requiring vocational training. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

Johnny Marvin Bagley
Docket No. 5:04-CR-287-1BR
Petition For Action
Page 2

1. The defendant shall participate in a vocational training program as directed by the probation office.

   Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/ Billy W. Boggs, Jr. |
| Jeffrey L. Keller | Billy W. Boggs, Jr. |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: May 4, 2012 |

**ORDER OF COURT**

Considered and ordered this \_\_\_8\_\_\_ day of \_\_\_May_____, 2012, and ordered filed and made a part of the records in the above case.

_____
W. Earl Britt
Senior U.S. District Judge